UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Jameson B. Balkema    00104150 (county)

Kent County Correctional 255387

703 Ball Ave N.E. Grand Rapids MI 49503

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v.

Stacyl Van DYKon

(Enter above the full name of the defendant or defendants in this action.)

**FILED - GR**
May 10, 2021 12:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: tb  SCANNED BY: TB 5/10/21

**1:21-cv-393**
Robert J. Jonker - Chief U.S. District Judge
Phillip J. Green - Magistrate Judge

## COMPLAINT

I.  **Previous Lawsuits**
    **CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.**

    A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐ No ☒

    B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

        1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

        2.  Is the action still pending?      Yes ☐  No ☐

            a.  If your answer was no, state precisely how the action was resolved:

        3.  Did you appeal the decision?   Yes ☐   No ☐

        4.  Is the appeal still pending?     Yes ☐  No ☐

            a.  If not pending, what was the decision on appeal?

        5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?  Yes ☐  No ☐

            If so, explain:

II. **Place of Present Confinement**   Kent County Correctional Facility

    If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Jameson B. Ballhema_

Address _703 Ball Ave. N.t. Grand Rapids, MI, 49503_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 _Stacy L. Van Dyken_

Position or Title _Attorney At law (62697)_

Place of Employment _____

Address _161 Ottawa Ave NW STE 404 49503-2712_

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

IV. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

on 10/06/2020 I was arrested for a crime I didn't commit. With me being in the poverty level I qualifyed for a court appointed attorney. Her name is Stacy L. Van Dyken. She came to see me personaly twice. The First Time was soon after she was apointed to me on a sunday 10-18-2020 When she came to see me she said I should cooperate with the Detectives and it would be good for our case. That I didn't understand but I agreed. She said I shouldn't worrie about it she would handle everything. I explained I was trying to get back to my family and my job. And I asked her if shee could put together a Bond reduction motion for A PR Bond she said it wouldn't be a problem. I Explained my family relys on me for financial support and getting out would be a Blessing. Then I could go back to my family and my job in The Factory. she said my guide lines were between 1-2 years at the most is what she Figured. She reasured me she would work hard on my case + I was in good hands. I Tried to contact her several Times after That First meeting because my Bond stayed the same. I would speak to her secritary a few times which cost me money. She would say she was never in the office. ON 12-10-2020 I recieved a motion from her stating the prosecution They were adding on The Amended Information which would be my fith Felony Supp-lements. She sent me this information A couple of weeks after they gave her the information. I proceeded to try and Contact her over the phone but got No answers. Finialy she came to see me on 12-16-2020 about the amendid information. She

(Last Revised: June 2013)

She then proceeded to tell me The amended information was not a big deal and they wont keep them on my case. It was only if we take it to trial. I explained to her that they have exceeded the 21 day time limit. She said time doesnt matter. which it does! They have 21 days From your arragnment to put any amended information on your case. That's in The Michigan Court Rules Book. Then I asked her about my Bond Motion she was supposed to write for me to get out and be back w/ my Family and my Job. She tells me in a mean way that she will only Do a motion if "For sure some one was going to post it For me" I said my wife was going to put up the house if we had to. But we could use a PR Bond. I told her I saw a motion from The Governor stating if you have health issues And a Non-violent crime and was older There was a good chance you could Have A PR Bond or at The least a Bond Motion to reduce The Bond I have a Bad Value and I was being tested For cancer. She said she Didn't know anything about it. But she would see. This was about the time I realized she was not on my side and she didn't care about my case. I then asked were my police report was. She said She didn't have it yet. But I recieved them threw my new attorney and it has a Date stamp 11-9-2020. She had recieved them shortly after That. She left and I didn't here Back From her for a long time after that. Since I was not going to have A bond reduction and come home my wife decided She had to move on. She and The kids Needed me there, and She moved in with her Dad cause she could not afford The house Payments. My Job said They had to

let me go and couldn't hold my possiton any longer. But
If I get out look them up and They will see what they can
do to put me back into The plant (Golden Doors)
so I lost my Job and my Family Just befor the Holl days
which sent me into a deep depression. I couldn't eat
or sleep. The counselor here would see me at least once a
week. my Thoughts of suicide grew. They put me on meds that
would help me sleep and for depression and anxiety. I
noticed some side affects from the Anti-depression meds.
I keep calling Ms VAN DYKens office But her Secretary
Keep telling me she wasn't in, when she would take The
calls. Eventually They wouldn't take my calls at all. Finnally
on 2-15-2021 I saw Ms VAN DyKen over video confrecining
she was verey cold and mean to me and my problems when
I explained them again to her. She said she didn't believe
I was sick, or There was anything wrong with me. Oh!
I Asked her why she waved my Preliminary hearings
When I asked her not To do that. She said That was
awhile ago and I'm guilty by what she see's any way.
Why waste her time! I was appalled by what she said
Then I reiterated my health Problems and she smugly said
"Your not going to Die in prison" my situation with her went
From Bad to horrible! I have never seen such carless
acts on a person of profession in my Life. she didnt
care. Shee didn't show up for two of my court dates

I should of known. I went back to my cell and cryed.
My Life was truly upside down. And my Attorney or so
called Attorney was one of the main reasons why. I
spoke to my sister several times about her, she Googled
MS Van Dyken and There were several negitive comments on
how she was Lazzy. We had my first status confrense on 3-29-21
She didn't show up, she sent some other person who didn't know
my case And cared as little as she did. I thought wh th him
I might have some hope. But it wasn't good. He didn't do any.
Thing. They keep The supps on me and wanted to give me 2½ - 9 years
with a 10 year max. I said no way. He went back and came back
2½ - 6 years But still a 4th Fellanie sup. They didn't try. I still
didn't have my police report and They still didn't have a Bond
Reduction. Now They are saying take The deal. The Judge said
if I don't take the deal and take it trial and loose I'll spend a lot
of time in prison. I told the Judge I couldn't take the deal. She
said give it some thought over a month. I said ok I want to
Fire this guy ar I could do better. So They posto poned the plea
deal. During this time I did alot of reserch threw court books and
called some people. I still had heard nothing from Ms Van Dyken.
Finaly She saw me on Video a couple of weeks after That
horrible day. She was Just as cold as befor. I appologized
to her To try and get the good out of her incase I offended
her in some way. She said The same crule things as
befor When I tried To defend my case against her. I
asked her " why does it feel like im going against The prosecutor

895

when I speak to you". She said nothing. I Asked where is my
police report? she said she didn't have it, I Knew she wasn't telling
the truth. I stated to her she wasn't doing anything for my case
and she cost me more of my freedome. She scoffed and said oh well,
I then told her "I was firing her". She said "If that's what you want".
I whent back and asked The Judge to fire my lawyer. She stated
That she was busy but I explained that was not the problem.
I was told to put it into a motion by the Judges clerk. So I
did that. I not only put it in a motion I also filed a
Grievence threw the Grievence Committee in Detroit.
I sent all this in a week 3-26-2021. I went back in
front of the Judge on 3-29-01, when MS VAN DYKen came
into the room I was shocked. I asked why is she here and she
in a negitive tone said "The Judge said You couldn't fire me". I
then explained to her that I put a motion in to the Judge and I
Filed a Grievence with the Grievence Committee. She got very
mad and slammed the phone down and stormed out of the
room. Then I went infront of the Judge, MS VAN DYKen was
there glaring at me. The Judge talked to the Prosecutor about the
Plea and then asked Ms VAN DYKen what we were going to do.
She then told the Judge I filed a motion w/ the Grievence Committe
and she had to take her selfs off my case. The Judge said
ok. And agreed to the Courts getting me a new Attorney.
Then the Judge said I had to take the deal today even
Though I don't have MS VAN DYKen as an Attorney.
I said I couldn't take the plea cuz I was miss

represented The hole time. And Then The Judge Said take it to Trial. IF I was truly represented BY MS VAN DYKen I would NOT STill be here in Jail! She violated my Constitutional Rights as an Attorney and Did not represent me to The Best of her abilitiey. There is a saying in Criminal law, "You ar inosent till Proven Guilty". IN MS VAN DYkens case it was Guilty till proven inocent, which is clearly a violation of my right. I have been very depressed and I have had a break out on my skin due to stress. My world is upside down. I Thank You For your time and Concern.

Sincerely  Jameson B Bathema

Jameson Bethe

V. **Relief**

State briefly and precisely what you want the court to do for you.

I am asking For punitive damages, due to Nigleet From STACy
VAn DYKm. that has Caused loose of FAmily, Job, depression,
Anxiety, stress, health problems I
   I am asking For Financial Compensation From MS VAn DYKen
in The CosT OF 85,000 $ This is a FAir Compensation, number to
to do Reabs.cool, Share Them loose or family

5-10-2021
**Date**

_(signature)_
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

-4-                                                            (Last Revised: June 2013)

NAME: Jameson B Balkema
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503



U.S. DisTricT CourT
399 Federal Building
110 MIchigan ST, NW
Grand Rapids, MI
49503